U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 2 5 2017

TONY R. MOORE, CLERK
BY: _____ MB
DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CLIFTON JOHN ALLEN**<br>**D.O.C. # 209546** | : | **DOCKET NO. 16-cv-156** |
| **VERSUS** | : | **JUDGE TRIMBLE** |
| **WARDEN C.A. FREDERICK ET AL.** | : | **MAGISTRATE JUDGE KAY** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the objections to the Report and Recommendation filed by the petitioner;

**IT IS ORDERED** that the Petition for Writ of *Habeas Corpus* be and hereby is **DENIED**, and that the above captioned matter be and hereby is **DISMISSED WITH PREJUDICE.**

**THUS DONE** this __25th__ day of _____May_____, 2017.

_____
**JAMES T. TRIMBLE, Jr.**
**UNITED STATES DISTRICT JUDGE**